UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ACE AMERICAN INSURANCE COMPANY,

                Plaintiff,

- against -

SEWELL L. "HUNTER" FREY, JR., THE ESTATE OF EDUARDO NUNEZ, THE ESTATE OF DANIELA ABREU, TERESA HENRIQUEZ, ABEL GARCIA, RAYMOND BAUTISTA, and THE ESTATE OF JOSE HENRIQUEZ,

                Defendants.

**AFFIDAVIT OF SERVICE**

Civil Action No.
17-CV-6810 (ER)

STATE OF NEW YORK   ) ss.:
COUNTY OF NASSAU    )

      **Joseph Lotito**, being duly sworn, deposes and says:

      I am not a party to the action, am over 18 years of age and reside in Nassau County.

      On January 29, 2018, I served true copies the ***Order to Show Cause, Declaration of Seth L. Berman with Exhibits*** in the above-captioned matter on the parties listed below at the address shown, by depositing true copies of same, properly enclosed in a wrapper addressed as shown below, into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery:

**TO:**

1. Christopher Joslin, Esq., DAVID N. HOROWITZ, PC, 171 Madison Avenue, Suite 1300, New York, New York 10016; *attorneys for Abel Garcia and Raymond Bautista;*

2. Sewell L. "Hunter" Frey, Jr., 103 3rd Street, Oxford, Maryland 21654;

3. Philip Hines, Esq., HELD & HINES, LLP, 2004 Ralph Avenue, Brooklyn, New York 11234; *attorneys for The Estate of Daniela Abreu and Teresa Henriquez;* and

4. The Estate of Eduardo Nunez, 409 North Broadway, Apt. 62, Yonkers, New York 10701;

5. The Estate of Jose Henriquez, 1970 Amsterdam Avenue, Apt. 4C, New York, New York 10032.

*Joseph Lotito*

Sworn to before me this
30th day of January, 2018

*Theresa Orlowski*
Notary Public

THERESA ORLOWSKI
Notary Public, State of New York
Registration #: 01OR6340999
Qualified in Nassau County
Certificate Filed in Nassau County
Commission Expires: 05/02/2020

4837-2804-9755.1