UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ACE AMERICAN INSURANCE COMPANY,<br><br>                  Plaintiff,<br><br>-against-<br><br>SEWELL L. "HUNTER" FREY, JR., THE ESTATE OF EDUARDO NUNEZ, THE ESTATE OF DANIELA ABREU, TERESA HENRIQUEZ, ABEL GARCIA, RAYMOND BAUTISTA, and THE ESTATE OF JOSE HENRIQUEZ,<br><br>                  Defendants. | 1:17-cv-6810-MKV<br><br>ORDER OF DISMISSAL<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 2/27/2020 |

MARY KAY VYSKOCIL, United States District Judge:

      Magistrate Judge Cott having reported to this Court that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **March 28, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date: **February 27, 2020**                          _____
      **New York, NY**                             **MARY KAY VYSKOCIL**
                                                          **United States District Judge**